

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,502-02

**EX PARTE CHRIS EUBANKS, JR., Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. CR-15-0108-B IN THE 207TH DISTRICT COURT FROM HAYS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault, aggravated robbery, and evading arrest with a motor vehicle. He was sentenced to imprisonment for two terms of fifteen years and one term of two years. He did not appeal his convictions.

Applicant's sentence for evading arrest has discharged, and he has not raised collateral consequences. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c). Accordingly, Applicant's claims relating to this conviction are dismissed. After independently reviewing the record, we conclude that

Applicant's claims relating to his other convictions are without merit. Accordingly, they are denied.

Filed: April 26, 2017
Do not publish